Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
Alexander F. MacKinnon (S.B.N. 146883)
alexander.mackinnon@kirkland.com
Erin C. Kolter (S.B.N. 261452)
erin.kolter@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MEDTRONIC MINIMED INC.;
MEDTRONIC PUERTO RICO
OPERATIONS CO.; MINIMED
DISTRIBUTION CORP.,

     *Plaintiffs*,

    vs.

ANIMAS CORPORATION,

     *Defendant*.

No. 2:12-cv-04471-RSWL-RZx

**NOTICE OF COMPLIANCE
WITH THE COURT'S APRIL 5,
2013 ORDER TO REDUCE THE
NUMBER OF ASSERTED
CLAIMS**

1    Pursuant to the Court's April 5, 2013 Order (Dkt. 28), Plaintiffs Medtronic

2   MiniMed Inc., Medtronic Puerto Rico Operations Co., and MiniMed Distribution

3   Corp. have reduced the number of asserted claims to four asserted claims for each of

4   the Patents-in-Suit.  Attached hereto as Exhibit A is a copy of Plaintiffs' Identification

5   of Asserted Claims, which was served via email today on counsel for Defendant.

6

7

8   DATED:  May 1, 2013                              Respectfully submitted,

9                                                    KIRKLAND & ELLIS LLP

10                                         By:  */s/ Erin C. Kolter*

11                                              Luke L. Dauchot (S.B.N. 229829)
                                                luke.dauchot@kirkland.com
12                                              Alexander F. MacKinnon (S.B.N. 146883)
                                                alexander.mackinnon@kirkland.com
13                                              Sharre Lotfollahi (S.B.N. 258913)
                                                sharre.lotfollahi@kirkland.com
14                                              Erin C. Kolter (S.B.N. 261452)
                                                erin.kolter@kirkland.com
15                                              KIRKLAND & ELLIS LLP
16                                              333 South Hope Street
17                                              Los Angeles, California  90071
                                                Telephone:  (213) 680-8400
18                                              Facsimile:   (213) 680-8500
19

20                                              *Attorneys for Plaintiffs*

21

22

23

24

25

26

27

28

1

**NOTICE OF COMPLIANCE**