1  Luke L. Dauchot (S.B.N. 229829)
   luke.dauchot@kirkland.com
2  Alexander F. MacKinnon (S.B.N. 146883)
   alexander.mackinnon@kirkland.com
3  Erin C. Kolter (S.B.N. 261452)
   erin.kolter@kirkland.com
4  KIRKLAND & ELLIS LLP
   333 South Hope Street
5  Los Angeles, California  90071
   Telephone:   (213) 680-8400
6  Facsimile:   (213) 680-8500

7  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11
   MEDTRONIC MINIMED INC.;            CASE NO. 2:12-cv-04471-RSWL-
12 MEDTRONIC PUERTO RICO             RZx
   OPERATIONS CO.; MINIMED
13 DISTRIBUTION CORP.,               **JOINT STIPULATION
                                     REGARDING CLAIM
14         Plaintiffs,               CONSTRUCTION AND EXPERT
                                     SCHEDULE**
15    vs.

16 ANIMAS CORPORATION,

17         Defendant.

18

19         Plaintiffs Medtronic MiniMed Inc., Medtronic Puerto Rico Operations Co., and

20 MiniMed Distribution Corp. ("MiniMed") and defendant Animas Corporation

21 ("Animas") (collectively, the "Parties") hereby stipulate and request entry of an order

22 in the form attached hereto.  In support of this stipulation, the Parties state as follows:

23
           (a)     On December 27, 2012 the Parties submitted their Joint Rule 26(f)
24
   Report, which set out the Parties' positions and agreements regarding the progression
25
   of claim construction and expert discovery, among other items.
26
           (b)     On January 10, 2013 the Court issued Civil Minutes setting certain case
27
   management dates (Dkt. No. 21).  The set dates include a Discovery Cut-Off of
28

December 18, 2013 and an Expert Cut-Off of March 19, 2014.

(c)     Currently, the Court's scheduling order does not provide certain dates that would assist the Parties in efficiently managing this case.  Accordingly, the Parties respectfully request that the Court set certain deadlines regarding claim construction and expert discovery, as set forth below:

| Event | Deadline |
|---|---|
| Parties exchange lists of proposed claim terms for construction | November 25, 2013 |
| Parties exchange proposed constructions for all terms identified by both parties | December 9, 2013 |
| Parties file Joint Claim Construction Statement | December 20, 2013 |
| Parties file Opening Claim Construction Briefs | January 7,  2014 |
| Parties file Responsive Claim Construction Briefs | January 21, 2014 |
| Opening Expert Reports (on issues for which a party has the burden of proof); Plaintiffs' Report(s) to include expert testimony in support of any reliance on objective evidence of non-obviousness | January 14, 2014 |
| Rebuttal Expert Reports | February 14, 2014 |
| Reply Expert Reports (on issues for which a party has the burden of proof) | February 28, 2014 |
| Expert Cut-Off | April 4, 2014 |
| Last day to file motions | April 4, 2014 |

(d)     The Parties have conferred and request a sixteen (16) day extension for completing expert discovery, from March 19, 2014 to April 4, 2014.  The Parties also request a three (3) day extension for the last day to file motions, from April 1, 2014 to April 4, 2014.  The Parties request these extensions for purposes of having adequate

2

time to complete expert reports and expert depositions between the Discovery Cut-Off and the Expert Cut-Off dates.  These extensions would not alter the other dates previously set by the Court on January 10, 2013, including the Pretrial Conference and Trial dates.

Therefore, the Parties hereby stipulate and request that the Court enter the attached proposed order setting the above referenced deadlines for claim construction and expert reports and extending the Expert Cut-Off by sixteen (16) days, to April 4, 2014, and the last day to file motions by three (3) days, to April 4, 2014.

DATED: November 5, 2013

By: /s/ Erin C. Kolter

Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
Alexander F. MacKinnon (S.B.N. 146883)
alexander.mackinnon@kirkland.com
Erin C. Kolter (S.B.N. 261452)
erin.kolter@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500

*Attorneys for Plaintiffs Medtronic MiniMed Inc.; Medtronic Puerto Rico Operations Co.; MiniMed Distribution Corp.*

By:  /s/ Theodore W. Chandler

David T. Pritikin (*pro hac vice*)
dpritikin@sidley.com
Hugh A. Abrams (*pro hac vice*)
habrams@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone: (213) 896-6000
Facsimile:  (213) 896-6600

*Attorneys for Defendant Animas Corporation*

3