1    David T. Pritikin (*pro hac vice*)
       <dpritikin@sidley.com>
2    Hugh A. Abrams (*pro hac vice*)
       <habrams@sidley.com>
3    SIDLEY AUSTIN LLP
   One South Dearborn
4    Chicago, Illinois  60603
   Telephone:   (312) 853-7000
5    Facsimile:    (312) 853-7036

6    Theodore W. Chandler (Bar No. 219456)
       <tchandler@sidley.com>
7    SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
8    Los Angeles, California  90013
   Telephone:   (213) 896-6000
9    Facsimile:    (213) 896-6600

10   *Attorneys for Defendant*
   *Animas Corporation*

11

12             UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14                 WESTERN DIVISION

| | |
|---|---|
| Medtronic MiniMed Inc.; Medtronic Puerto Rico Operations Co.; MiniMed Distribution Corp., <br><br>      *Plaintiffs*, <br><br>    vs. <br><br> Animas Corporation, <br><br>      *Defendant*. | No. 2:12-cv-04471-RSWL-RZ <br><br> **DEFENDANT ANIMAS CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF U.S. PATENT NO. 5,665,065** <br><br> Judge:        Hon. Ronald S.W. Lew <br> Hr'g Date:   March 4, 2014 <br> Hr'g Time:   10:00 a.m. <br> Place:        Courtroom 21 <br><br> Discovery cutoff:  Dec. 18, 2013 <br> Pre-trial conf.:    Aug. 5, 2014 <br> Trial date:       Sept. 9, 2014 |

1

## <u>NOTICE</u>

2     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3     PLEASE TAKE NOTICE that at the above time and place, Defendant Animas

4 Corporation will move for summary judgment of invalidity of claims 3 and 9 of U.S.

5 Patent No. 5,665,065 due to indefiniteness.  *See* Fed. R. Civ. P. 56.

6     This motion is made following the conference of counsel pursuant to L.R. 7-3.

7 The parties met and conferred, but were unable to reach agreement.  The parties filed

8 a joint stipulation setting forth a briefing schedule for this motion and requested a

9 hearing on March 4, 2014, the same day as the claim construction hearing.  The Court

10 adopted this stipulated schedule.  *See* Order Granting Amended Joint Stipulation (Jan.

11 16, 2014) [ECF No. 67].

12     This motion is based on the accompanying Memorandum of Points and

13 Authorities and attached exhibits, the proposed statement of uncontroverted facts and

14 conclusions of law, the proposed order, any reply brief that may be filed, and any

15 arguments that may be presented at the hearing.

16

17

18

19

20

21

22

23

24

25

26

27

28

ANIMAS'S MOTION FOR PARTIAL SUMMARY JUDGMENT
No. 2:12-cv-04471-RSWL-RZ

1    Dated:  January 22, 2014                By:  /s/ David T. Pritikin

2                                             David T. Pritikin (*pro hac vice*)
                                               <dpritikin@sidley.com>
3                                             Hugh A. Abrams (*pro hac vice*)
                                               <habrams@sidley.com>
4                                             SIDLEY AUSTIN LLP
                                              One South Dearborn
5                                             Chicago, Illinois  60603
                                              Telephone:  (312) 853-7000
6                                             Facsimile:   (312) 853-7036

7                                             Theodore W. Chandler (Bar No. 219456)
                                               <tchandler@sidley.com>
8                                             SIDLEY AUSTIN LLP
                                              555 West Fifth Street, Suite 4000
9                                             Los Angeles, California  90013
                                              Telephone: (213) 896-6000
10                                            Facsimile:   (213) 896-6600

11                                            *Attorneys for Defendant*
                                              *Animas Corporation*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28