1  Luke L. Dauchot (S.B.N. 229829)
   luke.dauchot@kirkland.com
2  Alexander F. MacKinnon (S.B.N. 146883)
   alexander.mackinnon@kirkland.com
3  Erin C. Kolter (S.B.N. 261452)
   erin.kolter@kirkland.com
4  KIRKLAND & ELLIS LLP
   333 South Hope Street
5  Los Angeles, California  90071
   Telephone:   (213) 680-8400
6  Facsimile:    (213) 680-8500

7  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC MINIMED INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MINIMED DISTRIBUTION CORP., <br><br> *Plaintiffs*, <br><br> vs. <br><br> ANIMAS CORPORATION, <br><br> *Defendant*. | No. 2:12-cv-04471-RSWL-RZx <br><br> **DECLARATION OF ERIN C. KOLTER IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF** <br><br> Hon. Ronald S.W. Lew <br> Courtroom: 21 <br> Hearing Date: March 4, 2014 <br> Time: 10:00 a.m. |

I, Erin C. Kolter, declare:

1. I am an associate with Kirkland & Ellis LLP, the law firm representing Medtronic MiniMed Inc., Medtronic Puerto Rico Operations Co., and MiniMed Distribution Corp. (collectively, "MiniMed" or "Plaintiffs") in the above-captioned matter. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 5,665,065 (the "'065 patent"), one of the patents-in-suit in this matter.

3. Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Patent No. 4,562,751 (the "'751 patent").

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the deposition of Peter Lord taken in this matter on August 16, 2013.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a document entitled, "Memorandum Opinion" from *Medtronic MiniMed Inc. v. Smiths Medical MD Inc.*, Case No. 1:03-cv-00776 (D. Del. June 1, 2005), ECF No. 280.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a document entitled, "Order" from *Medtronic MiniMed Inc. v. Smiths Medical MD Inc.*, Case No. 1:03-cv-00776 (D. Del. June 1, 2005), ECF No. 281.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a document entitled, "Memorandum Order" from *Medtronic MiniMed Inc. v. Smiths Medical MD Inc.*, Case No. 1:03-cv-00776 (D. Del. June 28, 2005), ECF No. 320

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the transcript of the deposition of Fred Colman taken in this matter on September 10, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of January 2014 in Los Angeles, California.

/s/ *Erin C. Kolter*
Erin C. Kolter