UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4471 RSWL | Date | April 16, 2014 |
|---|---|---|---|
| Title | Medtronic Puerto Rico Operations Co et al v. Animas Corporation | | |

| Present: The Honorable | RONALD S.W. LEW, Senior U.S. District Judge | |
|---|---|---|
| Jesus Duneghy/Kelly Davis | | Sheri Kleeger |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Alexander MacKinnon<br>Erin Kotler<br>Luke Dauchot | | Theodore Chandler<br>David Pritikin, PHV<br>Hugh Abrams, PHV<br>Erik J. Carlson |

**Proceedings:**   Motion and Markman Hearing (Held and Completed; Evidentiary)

Case called and appearances are made. Argument is heard.

The Court accepts into evidence the declaration and deposition of Dr. Stone; marked for the Court as Exhibit A and Exhibit B..

The Court takes the Claim Construction matter under submission. The Court's written order will issue.

The Court takes Defendant Animas Corporation's Motion for Partial Summary Judgment of Invalidity of the Asserted Claims of U.S. Patent No. 5,665,065 (filed 01/22/14) [69]  **UNDER SUBMISSION**. The Court's written order will issue.

                                                                                                2   :   10

Initials of Preparer   jd