1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
9       **CENTRAL DISTRICT OF CALIFORNIA**
10
11

| MEDTRONIC MINIMED INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MINIMED DISTRIBUTION CORP., | CASE NO. 2:12-cv-04471-RSWL-RZx |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION REGARDING INFRINGEMENT OF CLAIMS 4 AND 9 OF U.S. PATENT NO. 6,554,798 AND FAILURE TO MARK U.S. PATENT NO. 5,665,065** |
| vs. | |
| ANIMAS CORPORATION, | |
| Defendant. | |

///
///
///

Having read the Joint Stipulation Regarding Infringement of Claims 4 and 9 of U.S. Patent No. 6,554,798 and Failure to Mark U.S. Patent No. 5,665,065, and finding good cause therefor, the Court now finds that the Stipulation should be GRANTED.

It is, therefore, ORDERED as follows:

1) The accused Animas OneTouch Ping device infringes claims 4 and 9 of U.S. Patent No. 6,554,798. Defendant Animas Corporation continues to assert that claims 4 and 9 of U.S. Patent No. 6,554,798 are invalid, and that pre-filing damages for infringement of claims 4 and 9 of U.S. Patent No. 6,554,798 are barred by laches.

2) Based on paragraph 1 of this stipulation, Plaintiffs' Motion for Partial Summary Judgment that the OneTouch Ping product infringes claims 4 and 9 of U.S. Patent No. 6,554,798 (Dkt. 142) is denied as moot.

3) Plaintiffs may not recover damages for infringement of claims 3 and 9 of U.S. Patent No. 5,665,065 that occurred before the complaint in this action was filed on May 22, 2012. Plaintiffs continue to seek damages for alleged infringement of claims 3 and 9 of U.S. Patent No. 5,665,065 that has occurred after May 22, 2012.

4) Based on paragraph 3 of this stipulation, Defendant's Motion for Partial Summary Judgment of Improper Marking Under 35 U.S.C. § 287(A) (Dkt. 146) is denied as moot.

DATED: 7/7/14

S/ RONALD S.W. LEW
Honorable Ronald S.W. Lew
Senior U.S. District Judge

-1-