**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Medtronic Minimed Inc.; Medtronic Puerto Rico Operations Co.; Minimed Distribution Corp.<br><br>        Plaintiffs,<br><br>   v.<br><br>Animas Corporation,<br><br>        Defendant. | CV 12-04471 RSWL (RZx)<br><br>**ORDER re: CASE MANAGEMENT CONFERENCE** |

   On July 9, 2014, this Court held a Case Management Conference to hear several issues pending between the Parties.  Plaintiffs Medtronic Minimed Inc., Medtronic Puerto Rico Operations Co., and Minimed Distribution Corp. (collectively, "Plaintiffs") and Defendant Animas Corp. ("Defendant") have provided briefing and argument

1

on this matter. Having reviewed all papers and arguments submitted pertaining to these issues, the Court **NOW FINDS AND RULES AS FOLLOWS:**

1. The Parties are hereby ordered to meet and confer and to prepare a stipulation reflecting Plaintiffs' dismissal with prejudice of their claims relating to U.S. Patent No. 5,665,065.
2. The Court will issue a ruling on whether a preliminary court trial on laches will be necessary with its ruling on Defendant's Motion for Partial Summary Judgment on Laches [182].
3. The jury trial in this matter shall not be phased.
4. The motion dates for the Parties' pending summary judgment and <u>Daubert</u> motions remain as currently set.
5. Trial in this Matter remains set for September 2, 2014. Trial is set for nine to ten days. The Parties are also ordered to meet and confer on means for streamlining the issues for trial in this case while they prepare their pretrial documents.

**IT IS SO ORDERED.**

DATED: July 9, 2014        RONALD S.W. LEW
                           **HONORABLE RONALD S.W. LEW**
                           Senior U.S. District Judge

2