Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
Alexander F. MacKinnon (S.B.N. 146883)
alexander.mackinnon@kirkland.com
Allison W. Buchner (S.B.N. 253102)
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiffs*

David T. Pritikin (*pro hac vice*)
<dpritikin@sidley.com>
Hugh A. Abrams (*pro hac vice*)
<habrams@sidley.com>
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
<tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC MINIMED INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MINIMED DISTRIBUTION CORP., <br><br>Plaintiffs,<br><br>vs.<br><br>ANIMAS CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-04471-RSWL-RZx<br><br>**REPORT OF SETTLEMENT (L.R. 16-15.7) AND JOINT STIPULATION TO STAY ACTION PENDING DISMISSAL**<br><br>Judge: Hon. Ronald S.W Lew<br>Pre-Trial Conference: August 5, 2014<br>Trial Date: September 2, 2014 |

## NOTICE OF SETTLEMENT AND JOINT STIPULATION

On July 9, 2014, the parties entered into a binding agreement to settle this litigation. Because the parties have entered into a binding written agreement to settle this litigation, they agree and jointly request that the Court stay the action and hold all deadlines in abeyance pending submission of a stipulation of dismissal. Pursuant to the terms of the binding agreement, the parties expect to file a stipulation of dismissal within approximately twenty days.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 11, 2014.

By: /s/ Alexander F. MacKinnon

Luke L. Dauchot (Bar No. 229829)
luke.dauchot@kirkland.com
Alexander F. MacKinnon
  (Bar No. 146883)
alexander.mackinnon@kirkland.com
Allison W. Buchner
  (Bar No. 253102)
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiffs Medtronic MiniMed Inc.; Medtronic Puerto Rico Operations Co.; MiniMed Distribution Corp.*

By: /s/ David T. Pritikin

David T. Pritikin (*pro hac vice*)
  <dpritikin@sidley.com>
Hugh A. Abrams (*pro hac vice*)
  <habrams@sidley.com>
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
  <tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Animas Corporation*