# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC MINIMED INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MINIMED DISTRIBUTION CORP.,<br><br>Plaintiffs,<br><br>vs.<br><br>ANIMAS CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-04471-RSWL-RZx<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING DISMISSAL** |

Having read the Report of Settlement and Joint Stipulation to Stay Action Pending Dismissal, and finding good cause therefor, the Court now finds that the Stipulation should be GRANTED.

It is, therefore, ORDERED that the action is STAYED and all deadlines will be held in abeyance pending submission of a stipulation of dismissal. The parties shall file their request for dismissal of this action or a status report within 20 days of this order.

SO ORDERED.

DATED: July 20, 2014.

RONALD S.W. LEW
_____
Honorable Ronald S.W. Lew
Senior U.S. District Judge

1

**ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING DISMISSAL**